IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHARLES W. ARMOUR | § | |
| VS. | § | CIVIL ACTION NO. 1:10cv316 |
| JOHN B. FOX, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Charles W. Armour, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

Defendants Fox, Maldonado and Watts have filed a joint motion to dismiss, The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. The motion to dismiss filed by defendants Fox, Maldonado and Watts is **GRANTED**.

---

[1] The recommendation of the magistrate judge was based, in part, on the conclusion that plaintiff had failed to state a claim upon which relief may be granted against defendants Fox, Maldonado and Watts. The court notes that after the Report and Recommendation was submitted, plaintiff filed an amended complaint. The additional allegations set forth in the amended complaint do not demonstrate plaintiff has stated a claim upon which relief may be granted against the three defendants named above.

**SIGNED** this the 17 day of **July, 2013.**

_____
Thad Heartfield
United States District Judge